## MURRAY v. THE STATE.

ATKINSON, Justice. On an indictment for rape a verdict was returned finding the defendant guilty. No complaint is made of any ruling made by the judge during the trial. The evidence was sufficient to support the verdict, and there was no abuse of discretion in overruling the defendant's motion for a new trial.

*Judgment affirmed. All the Justices concur.*

No. 11304. MAY 14, 1936. REHEARING DENIED JUNE 13, 1936.

568

*John D. & E. S. Taylor, E. D. Rivers, W. B. Mebane,* for plaintiff in error.

*M. J. Yeomans, attorney-general, J. F. Kelly, solicitor-general, J. R. Rosser, B. D. Murphy,* and *E. J. Clower,* contra.